1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11    VERA KOVALENKO,                         No. 2:18-CV-1038-CMK

12                    Plaintiff,

13          vs.                                ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                      Defendant.
16
      _____/
17
18            Plaintiff, who is proceeding with retained counsel, brings this action under

19    42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20    On August 10, 2018, the court directed plaintiff to show cause why this action should not be

21    dismissed for failure to submit service documents to the United States Marshal.   A review of the

22    docket reflects that plaintiff has now complied.   The order to show cause is, therefore,

23    discharged.

24    / / /

25    / / /

26    / / /

1        IT IS SO ORDERED

2

3 DATED: August 22, 2018

4

5 **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26