IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KOVALENKO, | No. 2:18-CV-1038-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's motion for an extension of time to file a reply brief (ECF No. 19). Good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file a reply brief on or before April 26, 2019.

IT IS SO ORDERED.

Dated: April 19, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1