# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| VERA KOVALENKO, | No. 2:18-CV-01038-DMC |
| Plaintiff, | |
| v. | ORDER DENYING EXTENSION OF TIME |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

The parties' stipulation for an extension of time to April 29, 2019, for plaintiff to file a reply brief is NOT APPROVED. Requests for extension of time filed on the eve of the deadline are not favored. Plaintiff may file her reply brief along with a request or stipulation to accept a late-filed reply brief.

SO ORDERED.

Dated: May 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 1