# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KOVALENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:18-CV-1038-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that plaintiff has now informed the court regarding consent to proceed before a Magistrate Judge. Good cause appearing therefor, the order to show cause issued on May 7, 2019, is hereby discharged.

    IT IS SO ORDERED.

Dated: May 24, 2019

    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE